UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN LEE BARTHOLOMEW,<br><br>Petitioner,<br><br>v.<br><br>RONALD VAN BOENING,<br><br>Respondent. | Case No. 08-0587-TSZ-JPD<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition (Dkt. No. 4) is DENIED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 17th day of December, 2008.

/s/ Thomas S. Zilly
_____
THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL
PAGE - 1